# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0962

VERSUS

RUSSELL AUGUILLARD

**DECEMBER 11, 2025**

---

In Re:    Russell Auguillard, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          24-CR-410.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion for speedy trial, the bill of information, the pertinent court minutes, and any other documents from the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before February 12, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT